1  DEBRA L. FISCHER, SBN 142516
   debra.fischer@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   355 South Grand Avenue, Suite 4400
3  Los Angeles, CA 90071-3106
   Tel: 213.680.6400
4  Fax: 213.680.6499

5  SACHA M. STEENHOEK, SBN 253743
   ssteenhoek@morganlewis.com
6  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
7  San Francisco, CA 94105-1126
   Tel: 415.442.1000
8  Fax: 415.442.1001

9  Attorneys for Defendants
   SPMG, INC. and
10 ABEO MANAGEMENT CORP.

11 JONATHAN MCNEIL WONG, SBN 112224
   jmwong@donahue.com
12 MARK A. DELGADO, SBN 215618
   mdelgado@donahue.com
13 DONAHUE FITZGERALD LLP
   Attorneys at Law
14 1999 Harrison Street, 25th Floor
   Oakland, CA 94612
15 Tel: 510.451.3300
   Fax: 510.451.1527
16
   Attorneys for Plaintiff
17 DAVID K. JULIEN

18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20

21

22 DAVID K. JULIEN, an individual,          Case No. 3:15-cv-00565-JST

                  Plaintiff,                **STIPULATION AND [PROPOSED]**
23                                          **ORDER TO CONTINUE MAY 27, 2015**
         vs.                                **CASE MANAGEMENT CONFERENCE**
24
   SPMG, INC., a Texas corporation (dba     [Civil Local Rules 6-1, 6-2]
25 "abeo"; ABEO MANAGEMENT
   CORPORATION, a Delaware corporation;     Date:  May 27, 2015
26 and DOES 1-10 inclusive,                 Time:  2:00 p.m.
                                            Dept:  9, 19th Floor
27                Defendants.               Judge: Hon. Jon S. Tigar

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:15-cv-00565-JST

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

DB2/ 25909326.2

Pursuant to Civil Local Rules 6-1 and 6-2, David Julien ("Julien") and Defendants SPMG, Inc. and abeo Management Corporation (collectively "abeo" or "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, stipulate to continue the Case Management Conference currently scheduled for May 27, 2015 to 30 days after this Court's ruling on Defendants' Motion to Transfer.

WHEREAS, in an Order dated February 13, 2015, the Court set a Case Management Conference for May 27, 2015 (Dkt. No. 16);

WHEREAS, on February 26, 2015, Julien filed a First Amended Complaint (Dkt. No. 17);

WHEREAS, on March 12, 2015, Defendants filed a Motion to Transfer Plaintiff's First Amended Complaint to the District of Utah (Dkt. No. 20);

WHEREAS, Julien responded to Defendant's Motion on March 26, 2015, concurring that transfer to the District of Utah is proper (Dkt. No. 21), and Defendants filed a timely reply (Dkt. No. 23);

WHEREAS, the Parties believe that the Case Management Conference will be more productive if it is deferred until after the Court has ruled on Defendants' Motion;

WHEREAS, in the event this Court denies Defendants' Motion and retains this matter, the Parties agree to continue the Case Management Conference to 30 days after this Court rules on Defendants' Motion;

WHEREAS, no prior continuance has been requested in this case;

WHEREAS, continuing the May 27, 2015 Case Management Conference to 30 days after this Court's ruling on Defendants' Motion will not affect the schedule for the remaining case or prejudice the Parties.

THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the Case Management Conference currently scheduled for May 27, 2015 be continued to 30 days after this Court's ruling on Defendants' Motion to Transfer (Dkt. No. 20).  Pursuant to Local Rules and this Court's Standing Orders, the Parties will submit a joint case management conference statement 10 (ten) court days prior to the newly-scheduled conference.

///

1  IT IS SO STIPULATED.

2

3  Dated: May 7, 2015                     MORGAN, LEWIS & BOCKIUS LLP

4

5                                          By   */s/ Sacha M. Steenhoek*
                                              Debra Fischer
6                                              Sacha Steenhoek
                                              Attorneys for Defendants
7                                              SPMG, INC. and
                                              ABEO MANAGEMENT
8                                              CORPORATION

9  Dated: May 7, 2015                     DONAHUE FITZGERALD LLP

10

11                                         By  */s/ Jonathan McNeil Wong*
                                              Jonathan McNeil Wong
12                                             Attorneys for Plaintiff
                                              DAVID K. JULIEN

13                           **FILER'S ATTESTATION**

14     I, Sacha M. Steenhoek, am the ECF user whose identification and password are being

15  used to file this Stipulation and [Proposed] Order to Continue May 27, 2015 Case Management

16  Conference.  In compliance with L.R. 5-1(i)(3), I hereby attest that Jonathan McNeil Wong

17  concurs in this filing.

18

19  Dated:  May 7, 2015                    */s/ Sacha M. Steenhoek*
                                              Sacha M. Steenhoek

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation to Continue May 27, 2015 Case Management Conference and for good cause appearing, the Stipulation is approved. The Court hereby orders as follows:

The Case Management Conference currently scheduled for May 27, 2015 at 2:00 p.m. is continued until ~~30 days after this Court's ruling on Defendants' Motion to Transfer.~~ July 1, 2015, at 2:00 p.m.

IT IS SO ORDERED.

Dated: May 12, 2015



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

3  Case No. 3:15-cv-00565-JST

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC